**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **BRYAN DALE LANGHAM,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-CV-118 (MTT)** |
| **Officer TYSON, *et al.*,** | ) | |
| **Defendants.** | ) | |

**ORDER**

United States Magistrate Judge Charles H. Weigle recommends granting the Defendant's motion for judgment on the pleadings (ECF 15) and dismissing pro-se Plaintiff Bryan Dale Langham's complaint. ECF 22. Langham has not objected, so the Court reviews the Recommendation for clear error pursuant to 28 U.S.C. § 636(b)(1). The Court finds none. Therefore, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (ECF 22) is **ADOPTED** and made the Order of the Court. Accordingly, the Defendant's motion for judgment on the pleadings (ECF 15) is **GRANTED**, and Langham's complaint is **DISMISSED**.

**SO ORDERED**, this 30th day of July, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT