IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| BRYAN DALE LANGHAM, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:25-cv-00118-MTT-CHW |
| | * | |
| OFFICER TYSON, | | |
| | * | |
| Defendant. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated 7/30/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of July, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk